## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:                                        CASE NO: 6:09-bk-00615-KSJ

VICTORY PRAISE CENTER, INC.                   Chapter 11

        Debtor.

_____/

## MOTION FOR 180 INJUNCTION UPON DISMISSAL OF
## CHAPTER 11 CASE BY CLARENCE E. SPINKS AND ERLENE SPINKS

COMES NOW, Clarence E. Spinks and Erlene Spinks ("Spinks"), by and through their undersigned attorney, and moves this Court for a 180 Injunction upon Dismissal of the Chapter 11 Case pursuant to Section 105 and Section 1112(b) of the Bankruptcy Code and in support thereof state as follows:

1.      Victory Praise Center, Inc., Debtor ("Debtor"), filed a voluntary Chapter 11 case on January 20, 2009.

2.      The Debtor did not hire counsel and filed the corporate Chapter 11 case pro se to prevent the foreclosure sale scheduled by Spinks.

3.      On or about May 30, 2008, Spinks filed a Complaint to foreclose on certain real and personal property owned by Debtor.

4.      Clarence E. Spinks is currently 87 years old and Erlene Spinks is currently 85 years old. Both Mr. and Mrs. Spinks are in poor health and need money for living expenses.

5.      The required installment payments on the Mortgage and Note have not been paid to Spinks for over four years by Debtor.

6.      The Debtor has defaulted on the Mortgage and Mortgage Note and a Default has been entered against Debtor in State Court.

7.      "Cause" exists under Section 105 and Section 1112(b) of the Bankruptcy Code to issue a 180 Injunction upon Dismissal of the Chapter 11 Bankruptcy case so that Spinks can reset the foreclosure sale, hold the foreclosure sale and obtain a Certificate of Title to prevent another Chapter 11 case being filed by Debtor.

WHEREFORE, Clarence E. Spinks and Erlene Spinks, hereby request that this Court enter an Order granting their Motion for 180 Injunction Upon Dismissal of the Chapter 11 Case and Order a 180 Injunction period to prevent Debtor from refiling any bankruptcy case and for an expedited hearing on this Motion and for such other relief as is just and property under the circumstances of the case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished by U. S. Mail, postage pre-paid and/or by electronic transmission to: **Victory Praise Center, Inc.,** 6031 Augusta National Drive #314, Orlando, FL 32822, *Debtor, Pro Se*; **Clarence E. Spinks and Erlene Spinks**, 2412 W. Gore Street, Orlando, FL 32805, *Creditor*; and **United States Trustee, Attn: Elena L. Escamilla,** 135 W Central Blvd, Ste 620, Orlando, Florida 32801, on this 6th day of February, 2009.

 /s/  Richard Blackstone Webber II
Richard Blackstone Webber II, Esquire
Florida Bar No. 608394
**Zimmerman, Kiser & Sutcliffe, P.A.**
315 East Robinson Street, Suite 600
Orlando, Florida 32801
Telephone:  (407) 425-7010
Telecopy:  (407) 425-2747
Attorneys for Creditors,
Clarence E. Spinks and Erlene Spinks
